Rockford Steel Furniture Company and A. J. Strandquist, appellants, v. Philip Hoffberg et al., appellees.  Gen. No. 40,043.

Heard in the third division of this court for the first district at the April term, 1938.  Opinion filed October 26, 1938.

David H. Caplow, for appellants; Erwin M. Pearl, of counsel. Isaac B. Lipson and A. C. Lewis, for certain appellee.

Mr. Justice Hebel delivered the opinion of the court.

Department of Finance of the State of Illinois for the use of the People of the State of Illinois, appellee, v. Frank Waikasas, appellant.  Gen. No. 40,075.

Heard in the third division of this court for the first district at the April term, 1938.  Opinion filed October 26, 1938. Rehearing denied November 9, 1938.

Hermann P. Haase, for appellant.  Otto Kerner, Attorney General, for appellee; Mortimer Porges and Philip J. Simon, Assistant Attorneys General, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

Sigmund Klimczak, administrator of the estate of Robert Klimczak, appellant v. Druley-O'Brien Company and John Leuders, appellees. Gen. No. 40,086.

Heard in the third division of this court for the first district at the April term, 1938.  Opinion filed October 26, 1938. Rehearing denied November 9, 1938.

James P. Byrnes, for appellant.  Miller, Gorham, Wescott & Adams, for appellees; Edward R. Adams, Herbert C. De Young and Robert E. English, of counsel.

Mr. Justice Hebel delivered the opinion of the court.